## Attachment B

## Things to be Seized

1. Controlled substances and all paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, and heat sealing devices.

2. Paraphernalia for packaging cash drug proceeds including heat sealing devices, plastic packaging for cash, rubber bands, and money counting devices.

3. Personal books and papers reflecting names, addresses, telephone numbers, and other contact or identification data relating to distribution of controlled substances. Photographs of individuals, associates, their property and their drugs. Records reflecting names, nicknames, addresses, and telephone numbers of both current and past drug associates.

4. Books, records, receipts, notes, ledgers, airline tickets, money orders, wire transfer or money remittance records, real estate records, bank statements, and other records related to the receipt, expenditure and concealment or other disposition of income. Mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents and keys and other indications of residency.

5. Safes, safety deposit boxes, keys for safety deposit boxes, hidden compartments and other secure locations, which often contain the proceeds of narcotics trafficking activity, including large amounts of United States currency, financial instruments, precious metals, jewelry, and other items of value, as well as books and records regarding the acquisition, use, and disposition of such items of value.

6. Telephone records and telephone devices (telephones, cellular / mobile / digital / smart telephones, digital pagers, voice pagers, alpha-numeric display pagers) that save phone and/or address books, names, addresses, and phone numbers.

7. Any computers or other digital devices or media that may contain records or information for the distribution of controlled substances and their proceeds.

8. Cash, currency, financial instruments, and records relating to controlled substances income and expenditures of proceeds of drug transactions, and

evidence of financial transactions relating to obtaining, transferring, secreting, or spending large sums of money made from engaging, in drug trafficking activities.

9   Proceeds of drug trafficking, including United States currency, precious metals, jewelry, and financial instruments, including certificates of deposit and stock and bonds.

10   Any and all firearms and ammunition.